AO 10
Rev. 1/2021

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Eddy, Cynthia R. | U.S. District Court, Western District of Pennsylvania | 05/07/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge (Full Time) | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2020 **to** 12/31/2020 |

**7. Chambers or Office Address**

U.S. District Court, Western District of Pennsylvania
700 Grant Street
Pittsburgh, PA 15219

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eddy, Cynthia R. | 05/07/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | Self-employed (attorney) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eddy, Cynthia R. | 05/07/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eddy, Cynthia R. | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Individual Assets (H) | | | | | | | | | |
| 2. PNC Bank (cash) | A | Interest | L | T | | | | | |
| 3. Account #1 (H) | | | | | | | | | |
| 4. PNC Bank Deposit Sweep (cash) | A | Interest | J | T | | | | | |
| 5. American Century Mid Cap Value Inv (ACMVX) | A | Dividend | J | T | Sold (part) | 09/25/20 | J | | |
| 6. American Century Small Cap Val Fd Inv (ASVIX) | A | Dividend | J | T | | | | | |
| 7. American Growth Fund of America F1 (GFFFX) | | None | | | Sold | 02/03/20 | K | D | |
| 8. Calvert Emerging Markets Equity CL I (CVMIX) | A | Dividend | K | T | | | | | |
| 9. Harding Loevner Intl Equity Port Inv (HLMIX) | A | Dividend | L | T | Buy (add'l) | 09/28/20 | J | | |
| 10. Invesco Emerging Markets All Cap Y (GTDYX) | A | Dividend | J | T | | | | | |
| 11. JP Morgan Advantage Fd Cl I (JVASX) | B | Dividend | L | T | Sold (part) | 09/25/20 | J | | |
| 12. Lazard Global Listed Infra Instl (GLIFX) | A | Dividend | K | T | | | | | |
| 13. MFS MA Investors Growth Stock Cl I (MGTIX) | C | Dividend | K | T | Buy | 02/05/20 | K | | |
| 14. | | | | | Sold (part) | 09/25/20 | J | A | |
| 15. T Rowe Price Intl Discovery Fund (PRIDX) | B | Dividend | K | T | | | | | |
| 16. T Rowe Price Mid Cap Growth (RPMGX) | B | Dividend | K | T | Buy (add'l) | 09/28/20 | J | | |
| 17. T Rowe Price Real Estate Fund (TRREX) | C | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eddy, Cynthia R. | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Federated Total Return Bond Is (FTRBX) | D | Dividend | M | T | Sold<br>(part) | 09/25/20 | J | A | |
| 19. Lord Abbett Short Duration Inc Cl F (LDLFX) | B | Dividend | L | T | | | | | |
| 20. Invesco Exchange FTSE RAFI 1000 (PRF) | B | Dividend | L | T | Sold<br>(part) | 09/25/20 | K | B | |
| 21. Invesco QQQ Tr Unit Ser 1 (QQQ) | A | Dividend | K | T | Buy | 09/29/20 | K | | |
| 22. Vanguard Russell 1000 Growth (VONG) | A | Dividend | K | T | Sold<br>(part) | 09/25/20 | K | D | |
| 23. Vanguard Index Funds Vanguard Small Cap Growth Vipers (VBK) | A | Dividend | K | T | Buy<br>(add'l) | 09/29/20 | J | | |
| 24. Wisdomtree Tr US Qual Divid Growth Fd (DGRW) | A | Dividend | K | T | Buy | 09/29/20 | J | | |
| 25. Account #2 (H) | | | | | | | | | |
| 26. PNC Bank Deposit Sweep (cash) | A | Interest | L | T | | | | | |
| 27. Lululemon Athletica Inc (LULU) | | None | L | T | | | | | |
| 28. GS Fin Corp Mtn Zero Cpn (40054LS39) | | None | M | T | | | | | |
| 29. Account #3 (H) | | | | | | | | | |
| 30. PNC Bank Deposit Sweep (cash) | A | Interest | K | T | | | | | |
| 31. American Century Mid Cap Value Inv (ACMVX) | A | Dividend | K | T | Sold<br>(part) | 09/25/20 | J | | |
| 32. American Century Small Cap Val Fd Inv (ASVIX) | A | Dividend | J | T | | | | | |
| 33. American Growth Fund of America F1 (GFFFX) | | None | | | Sold | 02/03/20 | L | D | |
| 34. Calvert Emerging Markets Equity CL I (CVMIX) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Harding Loevner Intl Equity Port Inv (HLMIX) | A | Dividend | L | T | Buy (add'l) | 09/28/20 | J | | |
| 36. Invesco Emerging Markets All Cap Y (GTDYX) | B | Dividend | K | T | | | | | |
| 37. JP Morgan Advantage Fd Cl I (JVASX) | C | Dividend | L | T | Buy (add'l) | 05/06/20 | K | | |
| 38. | | | | | Sold (part) | 09/25/20 | K | | |
| 39. Lazard Global Listed Infra Instl (GLIFX) | B | Dividend | K | T | | | | | |
| 40. MFS MA Investors Growth Stock Cl I (MGTIX) | C | Dividend | L | T | Buy | 02/05/20 | L | | |
| 41. | | | | | Sold (part) | 09/25/20 | J | A | |
| 42. T Rowe Price Intl Discovery Fund (PRIDX) | C | Dividend | L | T | | | | | |
| 43. T Rowe Price Mid Cap Growth (RPMGX) | B | Dividend | K | T | Buy (add'l) | 09/28/20 | J | | |
| 44. T Rowe Price Real Estate Fund (TRREX) | D | Dividend | K | T | | | | | |
| 45. Federated Total Return Bond Is (FTRBX) | D | Dividend | M | T | Sold (part) | 05/05/20 | K | A | |
| 46. | | | | | Sold (part) | 09/25/20 | J | A | |
| 47. | | | | | Buy (add'l) | 11/06/20 | K | | |
| 48. Lord Abbett Short Duration Inc Cl F (LDLFX) | C | Dividend | L | T | Sold (part) | 09/25/20 | J | | |
| 49. Invesco Exchange FTSE RAFI 1000 (PRF) | B | Dividend | L | T | Sold (part) | 09/25/20 | K | B | |
| 50. Invesco QQQ Tr Unit Ser 1 (QQQ) | A | Dividend | L | T | Buy | 09/29/20 | K | | |
| 51. Vanguard Russell 1000 Growth (VONG) | A | Dividend | L | T | Sold (part) | 09/25/20 | K | D | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eddy, Cynthia R. | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Vanguard Index Funds Vanguard Small Cap Growth Vipers (VBK) | A | Dividend | K | T | Buy (add'l) | 09/29/20 | J | | |
| 53. Wisdomtree Tr US Quality Divid Growth Fd (DGRW) | A | Dividend | K | T | Buy | 09/29/20 | K | | |
| 54. Account #4 (H) | | | | | | | | | |
| 55. PNC Bank Deposit Sweep (cash) | A | Interest | K | T | | | | | |
| 56. American Funds Europacific (AEGFX) | A | Dividend | J | T | | | | | |
| 57. Blackrock Capital Appreciation (MDFGX) | A | Dividend | J | T | | | | | |
| 58. Blackrock Equity Dividend (MDDVX) | A | Dividend | J | T | | | | | |
| 59. Carillon Eagle Mid Cap Growth (HAGAX) | A | Dividend | J | T | | | | | |
| 60. Franklin Utilities (FKUTX) | A | Dividend | J | T | | | | | |
| 61. Invesco Oppenheimer Developing Markets (ODMAX) | | None | J | T | | | | | |
| 62. Royce Special Equity (RYSEX) | A | Dividend | J | T | | | | | |
| 63. Aberdeen Ultra Short Municipal Inc Instl (ATOIX) | A | Dividend | J | T | | | | | |
| 64. Blackrock ST Municipal Fund (MELMX) | A | Dividend | J | T | | | | | |
| 65. Invesco Limited Term Muni Income Fund (ATFAX) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Eddy, Cynthia R.** | 05/07/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

| Name of Person Reporting | Date of Report |
|---|---|
| **Eddy, Cynthia R.** | 05/07/2021 |

| Name of Person Reporting | Date of Report |
|---|---|
| Eddy, Cynthia R. | 05/07/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Cynthia R. Eddy**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544